NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAVERNE F. BASS,**
*Petitioner,*

v.

**DEPARTMENT OF LABOR,**
*Respondent.*

---

2012-3086

---

Petition for review of the Merit Systems Protection Board in case no. CB7121110022-V-1.

---

**ON MOTION**

---

**O R D E R**

LaVerne F. Bass moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>APR 0 3 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: LaVerne F. Bass
Michael D. Snyder, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 3 2012

JAN HORBALY
CLERK